IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

Houston Division

| | |
|---|---|
| AL RUSHAID PARKER DRILLING LIMITED, a Saudi Arabian Company, and AL RUSHAID PETROLEUM INVESTMENT CORPORATION, a Saudi Arabian Corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>TEXAS INTERNATIONAL OILFIELD TOOLS, LTD., a Texas Limited Partnership<br><br>  Defendant. | CASE No.: 10 cv 4768 |

## **JOINT MOTION TO DISMISS CAUSE WITH PREJUDICE**

Plaintiffs, Al Rushaid Parker Drilling, Limited and Al Rushaid Petroleum Investment Corporation, and Defendant Texas International Oilfield Tools, Ltd., (collectively the "Parties") by and through undersigned counsel, announce that the Parties have settled all their claims and hereby request that this Honorable Court dismiss this cause with prejudice

|  | Respectfully submitted, |
|---|---|
| Local Counsel: | By:  /s/ Christopher G. Lyons |
| Larry D. Knippa | Christopher G. Lyons |
| 3121 Buffalo Speedway No. 8109 | Lyons & Lurvey P.A. |
| Houston, Texas 77098 | 175 S.W. 7th Street, Suite 2009 |
| Fed. ID 2450 | Miami, Florida 33130 |
| Tel: (713) 622-7940 | Florida Bar No. 985457 |
| Fax: (713) 622-7522 | Tel: (305) 379-5554 |
| lknippa@earthlink.net | Fax: (305) 379-4548 |
|  | clyons@llpalaw.com |
|  | ATTORNEY-IN-CHARGE FOR AL RUSHAID PARKER DRILLING LTD. AND AL RUSHAID PETROLEUM INVESTMENT CORPORATION |

Of Counsel:

Jessica L. Crutcher
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, Texas 77002-2730
Texas Bar No. 24055367
Tel: (713) 238-2736
Fax: (713) 238-4736

By: /s/ Mark D. Manela
Mark D. Manela
Mayer Brown LLP
700 Louisiana, Suite 3400
Houston, Texas 77002-2730
Texas Bar No. 12894500
Tel: (713) 238-2645
Fax: (713) 238-4645

ATTORNEY-IN-CHARGE FOR TEXAS
INTERNATIONAL OILFIELD TOOLS, LTD.