UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Al Rushaid Parker Drilling, et al., § § §
        Plaintiffs, § §
versus §     Civil Action H-10-4768
§ §
Texas International Oilfield Tools, § §
        Defendant. §

## Final Dismissal

On the motion of the parties, this case is dismissed with prejudice. (54)

Signed on February 15, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge